DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Miller v.<br>Progressive Am.<br>Ins. Co.<br><br>Case below:<br>180 N.C. App. 475 | No. 049P07 | 1. Plt's PDR Under N.C.G.S. § 7A-31<br>(COA06-453)<br><br>2. Def's Conditional PDR Under N.C.G.S.<br>§ 7A-31 | 1. Denied .<br>08/23/07<br><br>2. Dismissed as<br>Moot<br>08/23/07 |
| N.C. Alliance for<br>Transp. Reform,<br>Inc. v. N.C. Dep't of<br>Transp.<br><br>Case below:<br>183 N.C. App. ——<br>(5 June 2007) | No. 308P07 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA06-490) | Denied<br>08/23/07 |
| Richardson v. Bank<br>of Am., N.A.<br><br>Case below:<br>182 N.C. App. ——<br>(17 April 2007) | No. 240PA07 | 1. Def's (NationsCredit) PDR Under<br>N.C.G.S. 7A-31 (COA06-211)<br><br>2. Plts' Conditional PDR Under N.C.G.S.<br>7A-31 | 1. Allowed as<br>to Def's issues<br>1 and 2 only<br>07/19/07<br><br>2. Denied<br>07/19/07 |
| Sandy Mush Props.,<br>Inc. v. Rutherford<br>Cty.<br><br>Case below:<br>181 N.C. App. 224 | No. 067P07 | 1. Plt's PDR Under N.C.G.S. § 7A-31<br>(COA06-68)<br><br><br><br><br><br><br><br><br><br><br>2. Def's Conditional PDR Under N.C.G.S.<br>§ 7A-31 | 1. Allowed for<br>the limited pur-<br>pose of<br>remanding this<br>case to the<br>Court of<br>Appeals for<br>reconsidera-<br>tion of its deci-<br>sion in light of<br>*Robins v.*<br>*Town of*<br>*Hillsborough,*<br>361 N.C. 193,<br>639 S.E.2d 421<br>(2007)<br>08/23/07<br><br>2. Dismissed as<br>moot<br>08/23/07 |
| Sisk v. City of<br>Greensboro<br><br>Case below:<br>183 N.C. App. ——<br>(5 June 2007) | No. 305P07 | 1. Plt's PDR Under N.C.G.S. § 7A-31<br>(COA06-1253)<br><br>2. Def's Motion to Strike Plt's Amendment<br>to PDR<br><br>3. Plt's Second Amendment to PDR<br>Under N.C.G.S. § 7A-31(c) | 1. Denied<br>08/23/07<br><br>2. Allowed<br>08/23/07<br><br>3. Dismissed<br>*ex mero motu*<br>08/23/07 |